THE PEOPLE OF THE STATE OF NEW YORK v. CARMINE LOUNGO.— Motion granted so far as to extend the time of the appellant within which to file the record

on appeal and appellant's points to and including February 20, 1927, with notice of argument for the 8th day of March, 1927. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.